UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TECHNICAL TESTING INTERNATIONAL LLC, et al., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:16-CV-3165-B |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., Defendants. | § § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiffs' Motion for Preliminary Injunction with Brief in Support*, filed November 18, 2016 (doc. 4), is **DENIED**.

SIGNED this 9th day of August, 2017.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE